**IN KYUNG PAK, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 15-73074

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 20, 2017

Brian David Lerner, Christopher Allan Reed, Esquire, Attorney, Law Offices of Brian D. Lerner, Long Beach, CA, for Petitioner

Nehal Kamani, Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

### MEMORANDUM **

In Kyung Pak, a native and citizen of South Korea, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

judge's decision denying his application for cancellation of removal for legal permanent residents. We dismiss the petition for review.

We lack jurisdiction to review the agency's denial of cancellation of removal as a matter of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Monroy v. Lynch*, 821 F.3d 1175, 1177-78 (9th Cir. 2016) (holding that petitioner did not raise a reviewable issue because "he simply disagrees with the agency's weighing of his positive equities and the negative factors").

Although the court would retain jurisdiction over colorable questions of law and constitutional claims, Pak's contentions that the agency failed to consider or properly analyze relevant evidence, or apply the correct legal standard are not supported by the record and do not amount to colorable claims. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005). ("To be colorable in this context, ... the claim must have some possible validity." (citation and internal quotation marks omitted)).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.